UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TONYA CURTIS, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>       Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-115-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court concludes that the decision as a whole is supported by substantial evidence and the correct legal standard was applied. Accordingly, plaintiffs motion for judgement on the pleadings [DE 24] is DENIED and defendant's motion [DE 29] is GRANTED. The decision of the Commissioner is AFFIRMED.

**This Judgment Filed and Entered on September 15, 2021, and Copies To:**
Vaughn Stephen Clauson                                        (via CM/ECF electronic notification)
Christian M. Vainieri                                                (via CM/ECF electronic notification)

DATE:                                             PETER A. MOORE, JR., CLERK
September 15, 2021                        (By) /s/ Nicole Sellers
                                                             Deputy Clerk